**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-61474-RAR**

**NORMA REYNES**,

      Plaintiff,

v.

**PARADISE CRUISE LINE**
**OPERATOR, LTD., INC.**, *et al.*

      Defendants.

_____/

## ORDER OF RECUSAL

The undersigned Judge, to whom this case was assigned, hereby recuses himself and refers

this matter to the Clerk of Court for permanent reassignment in accordance with 28 U.S.C. § 455.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 21st day of August, 2020.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

In accordance with the **Local Rules for the Southern District of Florida**, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of **United States District Judge  Darrin P. Gayles**                             .

Copies of this Order shall be served on all pending parties of record electronically *via* CM/ECF, or *via* U.S. Mail to any party not authorized to receive electronically notices of filing. All documents for filing in this case shall carry the following case number and designation:    **20-cv-61474-DPG.**

**BY ORDER** of the Court this ___21st___ day of August, 2020.


ANGELA E. NOBLE
Clerk of Court

By:  /s/ Bryan J. McGuinness_____
Deputy Clerk



Copies provided to:
Counsel of Record
Clerk of Court