UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:20-cv-61474-DPG

NORMA REYNES,

    Plaintiff,

vs.

PARADISE CRUISE LINE OPERATOR, LTD., INC. d/b/a BAHAMAS PARADISE CRUISE LINE; BPCL MANAGEMENT, LLC d/b/a BAHAMAS PARADISE CRUISE LINE; CRUISE OPERATOR, INC. d/b/a BAHAMAS PARADISE CRUISE LINE,

    Defendants.

## UNOPPOSED MOTION TO BE REMOVED AS COUNSEL OF RECORD

Attorney PATRICK S. BRATHWAITE files this Unopposed Motion to be Removed as Counsel of Record for Defendant, PARADISE CRUISE LINE OPERATOR, LTD., INC. d/b/a BAHAMAS PARADISE CRUISE LINE ("PCL"), and states:

1. The undersigned, Patrick S. Brathwaite has left the law firm of Cole, Scott & Kissane, P.A., on October 2, 2020.

2. As such, Mr. Brathwaite requests to be removed as counsel of record for PCL in this case.

3. Lead counsel, Richard D. Rusak, of the law firm of Cole, Scott Kissane, P.A., will remain as lead counsel of record for PCL in this case.

4. PCL will not be prejudiced by Mr. Brathwaite's removal as counsel of record from this case, and this motion is unopposed by all parties.

WHEREFORE, Patrick S. Brathwaite respectfully requests that this Honorable Court grant this Unopposed Motion to be Removed as Counsel of Record, and thus remove Patrick S. Brathwaite as counsel in this case.

   Dated: October 8, 2020

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant PARADISE CRUISE LINE OPERATOR, LTD., INC. d/b/a BAHAMAS PARADISE CRUISE LINE*
Cole, Scott & Kissane Building
9150 South Dadeland Boulevard, Suite 1400
Miami, Florida 33256
Telephone (786) 268-6426
Facsimile (305) 373-2294
Primary e-mail:	patrick.brathwaite@csklegal.com

By:	*/s/ Patrick S. Brathwaite*
PATRICK S. BRATHWAITE
Florida Bar No.: 1018493

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on October 8, 2020 on all counsel or parties of records on the Service List below.

*/s/ Patrick S. Brathwaite*
PATRICK S. BRATHWAITE

CASE NO.: **0:20-cv-61474-RAR**

## SERVICE LIST

CASE NO.: 0:20-cv-61474-RAR

Jessica Quiggle, Esq.
BILLERA LAW, PLLC
2201 N.W. Corporate Blvd., Ste. 200
Boca Raton, Florida 33431
Telephone: (561) 500-7777
Facsimile:  (561) 500-7778
Email: John@billeralaw.com
　　　　Jessica@billeralaw.com
*Counsel for Plaintiff*