UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 20-61474-CIV-CANNON/Hunt

NORMA REYNES,

    Plaintiff,
v.

PARADISE CRUISE LINE OPERATOR, LTD., INC.

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Default as a Spoilation Sanction (the "Motion") [ECF No. 51], filed on April 14, 2021. On May 3, 2021, the Court referred the Motion to Magistrate Judge Patrick M. Hunt for a Report and Recommendation ("R&R") [ECF No. 55]. On June 10, 2021, the Magistrate Judge issued an R&R recommending that the Motion be denied without prejuduice [ECF No. 79]. The R&R states that the parties shall file any objections within fourteen days of the date of service of a copy of the R&R [ECF No. 79, p. 9]. Plaintiff timely filed an Objection to the R&R [ECF No. 86] on June 24, 2021.

The Court has conducted a *de novo* review of the R&R, Plaintiff's Objection, and the full record. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that the Motion must be **DENIED WITHOUT PREJUDICE** for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1.    The R&R [ECF No. 79] is **ADOPTED**.

2. The Motion [ECF No. 51] is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Fort Pierce, Florida this 8th day of July 2021.

                                                  **AILEEN M. CANNON**
                                                  **UNITED STATES DISTRICT JUDGE**

cc: counsel of record